UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdo Hizam
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Hillary Clinton, Secretary of State, UNITED STATES

DEPARTMENT OF STATE; US Dept. of State

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 __ Civ.7693 __ ( __ ) ( __ )

**AFFIRMATION OF SERVICE**

I, Nancy Morawetz _____ , declare under penalty of perjury that I have
   *(name)*

served a copy of the attached Complaint _____
                                         *(document you are serving)*

upon Hillary Clinton, Secretary of State, U.S. Dept of State _____ whose address is 2201 C Street NW _____
      *(name of person served)*

Washington, DC 20520 _____
                      *(where you served document)*

by Certified Mail _____
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York _____ , NY ___
       *(town/city)*      *(state)*

November _____ 4 ___ , 2011 __
 *(month)*    *(day)*   *(year)*

_____
*Signature*

245 Sullivan St., 5th Floor _____
*Address*

New York, NY _____
*City, State*

10012 _____
*Zip Code*

212 - 998 - 6451
*Telephone Number*

*Rev. 05/2010*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| Abdo Hizam | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | )  · Civil Action No. |
| Hilary Clinton, Secretary of State, UNITED STATES DEPARTMENT OF STATE; US Dept of State | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   HILARY RODHAM CLINTON
U.S. Department of State
2201 C Street NW
Washington, DC 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancy Morawetz
WASHINGTON SQUARE LEGAL SERVICES, INC.
245 Sullivan Street, 5th Floor
New York, NY 10012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

CLERK OF COURT

Date:        10/28/2011

_____
_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdo Hizam

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Hillary Clinton, Secretary of State, UNITED STATES

DEPARTMENT OF STATE; United States Department of State

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 ___ Civ.7693 ___ (___)(___)

**AFFIRMATION OF SERVICE**

I, __Nancy Morawetz__ , declare under penalty of perjury that I have
        *(name)*

served a copy of the attached Complaint _____
                                    *(document you are serving)*

upon Preet Bharara, U.S. Attorney-Southern District of New York whose address is One St. Andrews
        *(name of person served)*

Plaza, New York, NY 10007 _____
                *(where you served document)*

by Certified Mail _____
        *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated:  New York _____ , NY ___
            *(town/city)*      *(state)*

     November _____  4 ___ , 2011 ___
        *(month)*      *(day)  (year)*

_____
*Signature*

245 Sullivan Street, 5th Floor
*Address*

New York, NY
*City, State*

10012
*Zip Code*

(212) 998-6430
*Telephone Number*

*Rev. 05/2010*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Southern District of New York

| | | |
|---|---|---|
| Abdo Hizam | ) | |
| | ) | **11 CIV 7693** |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Hilary Clinton, Secretary of State, UNITED STATES DEPARTMENT OF STATE; US Dept of State | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Preet Bharara, United States Attorney-Southern District of New York
One St. Andrews Plaza
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancy Morawetz
WASHINGTON SQUARE LEGAL SERVICES, INC.
245 Sullivan Street, 5th Floor
New York, NY 10012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date:        10/28/2011

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdo Hizam

_(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)_

- against -

Hillary Clinton, Secretary of State, UNITED STATES

DEPARTMENT OF STATE; United States Department of State

_(In the space above enter the full name(s) of the defendant(s)/respondent(s).)_

<u>11</u>   Civ.<u>7693</u>   (__)(__)

**AFFIRMATION OF SERVICE**

I, <u>Nancy Morawetz</u> , declare under penalty of perjury that I have
　　　　　_(name)_

served a copy of the attached <u>Complaint</u>
　　　　　　　　　　　　　　　　_(document you are serving)_

upon <u>The United States Department of State</u>    whose address is <u>2201 C Street NW</u>
　　　_(name of person served)_

<u>Washington, DC 20520</u>
　　　　　　　　_(where you served document)_

by <u>Certified Mail</u>
　　_(how you served document: For example - personal delivery, mail, overnight express, etc.)_

Dated:  <u>New York</u>    , <u>NY</u>
　　　　　_(town/city)_    _(state)_

<u>November</u>    <u>4</u>  , <u>2011</u>
　　_(month)_    _(day)_  _(year)_

_Signature_

245 Sullivan Street, 5th Floor
_Address_

New York, NY
_City, State_

10012
_Zip Code_

212- 998-6430
_Telephone Number_

_Rev. 05/2010_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

11 CIV 7693

Southern District of New York

| | |
|---|---|
| Abdo Hizam | ) |
| | ) |
| _Plaintiff_ | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| Hilary Clinton, Secretary of State, UNITED STATES DEPARTMENT OF STATE; US Dept of State | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   UNITED STATES DEPARTMENT OF STATE
2201 C Street NW
Washington, DC 20520

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nancy Morawetz
WASHINGTON SQUARE LEGAL SERVICES, INC.
245 Sullivan Street, 5th Floor
New York, NY 10012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

_CLERK OF COURT_

Date:        10/28/2011

_Signature of Clerk or Deputy Clerk_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Abdo Hizam
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

Hillary Clinton, Secretary of State, UNITED STATES
_____
DEPARTMENT OF STATE; United States Department of State
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11___ Civ.7693___ ( ___ ) ( ___ )

**AFFIRMATION OF SERVICE**

I, __Nancy Morawetz_____, declare under penalty of perjury that I have
  *(name)*

served a copy of the attached Complaint_____
                                    *(document you are serving)*

upon Eric Holder, Attorney General, United States of America___ whose address is U.S. Dept. of Justice
      *(name of person served)*

950 Pennsylvania Avenue, NW, Washington, DC 20530-0001_____
                              *(where you served document)*

by Certified Mail_____
      *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York_____, NY___
         *(town/city)*      *(state)*

November_____ 4___, 2011_
  *(month)*    *(day)* *(year)*

_Signature_

245 Sullivan Street, 5th Floor_____
*Address*

New York, NY_____
*City, State*

10012_____
*Zip Code*

(212) 998-6430_____
*Telephone Number*

*Rev. 05/2010*